**Pauline C. LaBARGE, Appellant,**

v.

**Pierre L. LaBARGE, Respondent.**

**No. ED 77223.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2000.

Donald R. Carmody, John E. Hilton, Carmody MacDonald, P.C., Clayton, for Appellant.

Leo V. Garvin, Jr., Paul M. Maloney, Garvin & Maloney, St. Louis, for respondent.

Before LAWRENCE E. MOONEY, P.J., and PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

Pauline LaBarge (wife) appeals from an order denying her motion for summary judgment and granting of Pierre La-Barge's (husband) motion for summary judgment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).